# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In re:   Robert Phillip Brownell
       Karen Kay Brownell

       Debtors

Case No.: 11-20396-drd-13

In Proceedings Under Chapter 13

## APPLICATION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
## ON BEHALF OF DEBTOR

COMES NOW Richard V. Fink, Chapter 13 Trustee, and applies to the Court for an Order to deposit funds as identified below in the total amount of $212.50 into the Court Registry, as provided by 11 U.S.C. Section 347.

Dated: August 27, 2014

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
818 Grand Blvd., Suite 800
Kansas City, MO 64106-1901
(816) 842-1031

Ann Thompson, Court Executive
Us District Court
400 E 9Th St Rm 2710
Kansas City, MO  64106

Check No.: 34318

Creditor No.: 259181

| Case No. | Name | Amount of Payment |
| --- | --- | --- |
| 11-20396-drd-13 | Robert Phillip Brownell<br>Karen Kay Brownell<br>2700 Cherry Creek Crt # 1-402<br>Jefferson City, MO 65109 | $212.50 |

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order to pay the funds into the Court's registry.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
CECILIA E YOUNG ESQ (279) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

JQ    /Motion - Depoist Funds into Court Registry - Debtor